**Victor J. MOTTLEY, Plaintiff– Appellant,**

v.

**CITY OF RICHMOND, OFFICE OF THE CITY ATTORNEY; Commonwealth Attorney of Richmond; Commonwealth of Virginia, Attorney General's Office, Defendants–Appellees.**

No. 02–2132.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2003.

Decided Feb. 25, 2003.

Victor J. Mottley, Appellant Pro Se. Gregory Augustine Lukanuski, Keith Allen May, City Attorney's Office, Richmond, Virginia; John Adrian Gibney, Jr., Shuford, Rubin & Gibney, Richmond, Virginia; George Walerian Chabalewski, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion. Judge WIDENER wrote a concurring opinion.

PER CURIAM.

Victor Mottley appeals the district court's orders granting Appellees' motions to dismiss Mottley's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Mottley v. City of Richmond,* No. CA–02–483–3 (E.D. Va. Aug. 26 & 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[1]

*AFFIRMED.*

WIDENER, Circuit Judge, concurring:

While I concur in the opinion of the court, in view of footnote 1, left to my own devices, I would publish this opinion.

---

**1.** Tracy W.J. Thorne, formerly an Assistant Commonwealth's Attorney and a defendant in this case, is currently employed as a staff attorney in the Office of Staff Counsel for this

---

Court. Mr. Thorne has not participated in any way in the processing or consideration of this appeal.